```
ALEXANDER G. CALFO (SBN 152891)
alexander.calfo@btlaw.com
KELLEY S. OLAH (SBN 245180)
kelley.olah@btlaw.com
GABRIELLE J. ANDERSON-THOMPSON (SBN 247039)
gabrielle.anderson-thompson@btlaw.com
BARNES & THORNBURG LLP
2029 Century Park East, Suite 300
Los Angeles, California 90067
Telephone:   (310) 284-3880
Facsimile:   (310) 284-3894

Attorneys for Defendant
DEPUY ORTHOPAEDICS, INC.
```

UNITED STATES DISCTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURIE CUMMINS and CRAIG CUMMINS,<br><br>Plaintiffs,<br><br>v.<br><br>DEPUY ORTHOPAEDICS, INC.; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. CV14-00583-MMC<br><br>[PROPOSED] ORDER RE: STIPULATION TO STAY ALL PROCEEDINGS<br><br>JURY TRIAL DEMANDED<br><br>Trial Date: None Set |

TO ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

Upon consideration of the Stipulation to Stay Proceedings submitted by Plaintiffs LAURIE CUMMINS and CRAIG CUMMINS and Defendant DEPUY ORTHOPAEDICS, INC., (hereafter collectively "the Parties"); upon consideration of all documents, files, and pleadings in this action; and upon good cause shown, it is hereby ORDERED that:

1. The Parties' request for a stay of proceedings is GRANTED;

2. All proceedings in this action are hereby stayed, pending a decision by the Judicial Panel on Multidistrict Litigation on whether this case should be transferred to In re DePuy Orthopaedics, Inc. Pinnacle Hip Implant Products Liability Litigation, MDL Docket No. 2244.

3. Deadlines relating to any outstanding responsive pleading are extended pending

1  entry of a Scheduling Order in the MDL court addressing responsive pleadings and the deadline
2  to file any remand motion is extended pursuant to the MDL court's August 14, 2012 "Order
3  Regarding Cases Removed from State Court," and any subsequent orders that the MDL Court
4  may issue.

6        PURSUANT TO STIPULATION, IT IS SO ORDERED.

8  Dated: February 18, 2014        _____
         UNITED STATES DISTRICT JUDGE